UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSH DONLEY, | ) |
| Plaintiff, | ) No. CV-10-5043-CI |
| v. | ) ORDER DENYING PLAINTIFF'S |
| | ) MOTIONS FOR RECONSIDERATION |
| KATHY DANIEL, SUSAN BRAIN, and | ) OF MOTION FOR APPOINTMENT OF |
| THOMAS COOPER, | ) COUNSEL |
| Defendants. | ) |

BEFORE THE COURT are Plaintiff's Motions for Reconsideration of his Motion for Appointment of Counsel. (Ct. Rec. 60, 72.) Plaintiff is proceeding *pro se*; Benton County Prosecuting Attorney Jonathan J. Young represents Defendant Daniel; attorney Kenneth A. Miller represents Defendants Brain and Cooper. The parties have not consented to proceed before a magistrate judge.

Plaintiff renews his request for appointment of counsel, asserting that he is unable to afford counsel, his case is complex, and imprisonment will limit his ability to litigate because it requires research and investigation. He reiterates that he has limited access to the law library and limited knowledge of the law. He also re-asserts that his case will involve conflicting testimony and counsel would be able to better present evidence and examine witnesses. He includes as exhibits to his Motions evidence of his unsuccessful efforts to obtain counsel. (Ct. Rec. 60 at 4-11.)

As stated in the court's November 4, 2010, Order denying

ORDER DENYING PLAINTIFF'S MOTIONS FOR RECONSIDERATION OF MOTION FOR APPOINTMENT OF COUNSEL - 1

1  Plaintiff's first Motion for Appointment of Counsel, the court has
2  jurisdiction to designate counsel only in "exceptional
3  circumstances." *Wilborn v. Escalderon,* 789 F.2d 1328, 1331 (9th Cir.
4  1986). Whether exceptional circumstances exist requires this court
5  to evaluate the success of the complaint on the merits and the
6  ability of the claimant to articulate his claims *pro se* in light of
7  the complexity of the legal issues involved. *Id*. "Neither of these
8  factors is dispositive and both must be viewed together before
9  reaching a decision on request for counsel under section 1915 (d)."
10 *Id*. (citations omitted). Plaintiff has exhibited an ability to
11 clearly and concisely articulate his claim of deliberate
12 indifference in this Complaint. He indicates he has pursued
13 numerous other claims in this court in which he proceeded *pro se*.
14 (Ct. Rec. 1, 6.) Further, the need for discovery and/or assistance
15 in examining witnesses to develop facts does not render his case
16 sufficiently "complex" to warrant appointment of counsel. *Wilborn*,
17 789 F.2d at 1331. Plaintiff has not demonstrated a likelihood of
18 success on the merits. Accordingly, Plaintiff's Motions for
19 Reconsideration of his Motion for Appointment of Counsel (**Ct. Rec.**
20 **60, 72**) are **DENIED**.
21      **IT IS SO ORDERED.** The District Court Executive is directed to
22 file this Order and provide a copy to Plaintiff at his address of
23 record and counsel for Defendants.
24      DATED January 25, 2011.

                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER DENYING PLAINTIFF'S MOTIONS FOR RECONSIDERATION OF MOTION
FOR APPOINTMENT OF COUNSEL - 2