UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSH DONLEY, ) <br> ) <br>           Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> SUSAN BRAIN, et al., ) <br> ) <br>           Defendants. ) <br> _____) | CV-10-5043-CI <br><br> **JUDGMENT** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED** that the Report and Recommendation (ECF No. 97) is **MODIFIED AND ADOPTED IN PART**. Defendants' Motions to Dismiss (ECF Nos. 45 & 52) are **DENIED**. Defendants' Motions for Summary Judgment (ECF Nos. 47 & 53) are **GRANTED**. Judgment is entered in Defendants' favor **WITH PREJUDICE.**

DATED: August 26, 2011

                                                      JAMES R. LARSEN <br>
                                                      District Court Executive/Clerk

                                                      s/ L. Stejskal, Deputy Clerk